# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155423

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEVON RAYMON MATTHEWS,
      Defendant-Appellant.

SC: 155423
COA: 336101
Wayne CC: 11-008423-FC

_____/

      On order of the Court, the application for leave to appeal the February 6, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk

s0209